# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL SPENCER KRENDEL,
                    Appellant,
          vs.
SANTOS PEREZ,
                    Respondent.

No. 78527

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order striking a request for trial de novo. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. An order striking a request for trial de novo is subject to review on appeal from an order entering judgment in accordance with an arbitration award. NAR 18(F). Here, however, it does not appear that the district court has entered a judgment on the arbitration award. Thus, the order is not appealable under NAR 18(F). As no other statute or rule appears to permit an appeal from the challenged order, this court lacks jurisdiction, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343,

19-22352

345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS this appeal DISMISSED.[1]

_____ C.J.
Gibbons

_____, J.          _____, J.
Stiglich                                          Silver


cc:     Hon. Rob Bare, District Judge
        Carl Spencer Krendel
        Chavez Legal Group
        Eighth District Court Clerk

---

[1]Appellant may file a new notice of appeal once a judgment on the arbitration award is entered.